UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL KITCHEN,

    Plaintiff,

v.

GRETCHEN WHITMER,
HEIDI WASHINGTON, and
BRIAN SHIPMAN,

    Defendants.

Case No. 18-11430
Honorable Laurie J. Michelson

## JUDGMENT

In accordance with the opinion and order entered on July 21, 2022, it is hereby ORDERED and ADJUDGED that Kitchen's claim based on *Miller v. Alabama* is DISMISSED, Kitchen's claim under the Michigan Constitution is DISMISSED, and judgment is entered in favor of Kitchen on his claim based on *Graham v. Florida* as set forth in the July 21, 2022 opinion and order and the December 21, 2022 order granting final injunctive relief.

Dated this 21st day of December 2022 in Detroit, Michigan.

                                        KINIKIA ESSIX
                                      CLERK OF THE COURT

                                      By:   s/Erica Parkin
                                      DEPUTY COURT CLERK

APPROVED:

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: December 21, 2022