UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MICHAEL ANDREW KITCHEN #189265,

    Plaintiff,

v.

GRETCHEN WHITMER, HEIDI WASHINGTON and BRIAN SHIPMAN,

    Defendants.

NO. 2:18-cv-11430

HON. LAURIE J. MICHELSON

MAG. ANTHONY P. PATTI

| | |
|---|---|
| Matthew J. Lund (P48632) | Zachary A. Zurek (P80116) |
| Deborah Kovsky-Apap (P68258) | Michigan Dep't of Attorney General |
| Joshua Zeman (P80055) | Assistant Attorneys General |
| Attorneys for Plaintiff Kitchen #189265 | Attorneys for Defendants |
| Troutman Pepper Hamilton Sanders LLP | Shipman, Whitmer, & Washington |
| 4000 Town Ctr Ste 1800 | Corrections Division |
| Southfield, MI 48075-1505 | P.O. Box 30217 |
| (248) 359-7370 | Lansing, MI 48909 |
| matthew.lund@troutman.com | (517) 335-3055 |
| joshua.zeman@troutman.com | Zurekz1@michigan.gov |

                                                      /

## DEFENDANTS' NOTICE OF APPEAL

    Defendants, Governor Gretchen Whitmer, Michigan Department of Corrections Director Heidi Washington, and Parole Board Chairperson Brian Shipman, through counsel, hereby provide notice of their appeal to the United States Court of Appeals for the Sixth Circuit

of the judgment issued in this case (ECF No. 124, PageID.1520) and the District Court's Opinion and Order denying Defendants' motion to dismiss for lack of subject matter jurisdiction. (ECF No. 31, PageID.150-159.)

          Respectfully submitted,

          */s/ Zachary A. Zurek*
          Zachary A. Zurek
          Attorney for Defendants
          Michigan Dept of Attorney General
          Corrections Division
          P.O. Box 30217
          Lansing, MI 48909
          (517) 335-3055

Dated: December 28, 2022      P80116

### CERTIFICATE OF SERVICE (EFILE)

I hereby certify that on December 28, 2022, I electronically filed the *foregoing document(s)* together with this *Certificate of Service* with the Clerk of the Court, through the ECF system, which will provide electronic copies to counsel of record

          */s/ Zachary A. Zurek*
          Zachary A. Zurek (P80116)
          Attorney for Defendants
          Michigan Dept of Attorney General
          Corrections Division